# Court of Appeals
# of the State of Georgia

ATLANTA,___ August 09, 2016___

*The Court of Appeals hereby passes the following order:*

**A16A2127. ELAINE POWELL et al. v. WELLS FARGO BANK, N.A.**

Wells Fargo Bank, N.A., filed a complaint against Elaine Powell et al. In April 2016 the trial court entered a default judgment in favor of Wells Fargo Bank. Powell then filed a motion to set aside the default under OCGA § 9-11-60(d). The trial court denied the motion, and Powell appeals.

An appeal from an order denying a motion to set aside under OCGA § 9-11-60(d) must be taken by application for discretionary review. *See* OCGA § 5-6-35(a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116-17 (640 SE2d 688) (2006). Powell's failure to file a discretionary application deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___* 08/09/2016___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*